

**McLaughlin & Quinn, LLC**
Attorneys at Law

148 West River Street, Suite 1E
Providence RI 02904

McLaughlin & Quinn, LLC
Tax ID #20-1788864

T 401.421.5115
F 401.421.5141
mcosta@mclaughlinquinn.com

---

Mary Beth Senger
4 Union Street
Newport, RI  02840

Statement Date:  November 16, 2016
Statement No.           28184
Account No.            448.003
Page:   1

RE: Chapter 13 Bankruptcy

Legal Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/29/2016 | TPQ | Office conference with client regarding Chapter 13 bankruptcy options; draft Memo to File. | 1.20 | 510.00 |
| 09/06/2016 | TPQ | Review e-mail from client; telephone conference with Andrew Kushner regarding rental. | 0.50 | 212.50 |
| 09/07/2016 | TPQ | Draft e-mail to client. | 0.10 | 42.50 |
| 09/09/2016 | TPQ | E-mail correspondence with client. | 0.20 | 85.00 |
| 09/13/2016 | TPQ | Telephone conference with client regarding skeletal Chapter 13 filing. | 0.30 | 127.50 |
| 09/14/2016 | TPQ | Office conference with client to review and execute skeletal Bankruptcy Petition. | 0.50 | 212.50 |
| 09/20/2016 | TPQ | Review Chapter 13 Plan. | 0.20 | 85.00 |
|  | RFL | Research Chapter 13 requirements; compute figures for Plan draft. | 2.40 | 420.00 |
| 09/21/2016 | RFL | Draft plan; Discuss plan with Thomas P. Quinn, Esq. | 0.40 | 70.00 |
|  | TPQ | Office conference with RFJ regarding Chapter 13 Plan. | 0.20 | 85.00 |
| 09/22/2016 | RFL | Revise plan. | 0.40 | 70.00 |
| 09/26/2016 | TPQ | Work on Plan and review Schedules. | 0.40 | 170.00 |
| 09/29/2016 | TPQ | Work on Chapter 13 Plan; review and revise Bankruptcy Schedules; office conference with client to review, revise and execute Bankruptcy Schedules, Statement of Affairs, Means Test and Chapter 13 Plan. | 2.50 | 1,062.50 |
| 09/30/2016 | RFL | Research regarding whether need to file extended auto stay if filed Chapter 7 previously and now filing Chapter 13. | 0.80 | 140.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mary Beth Senger | | | | Statement Date: | 11/16/2016 |
| Account No. | 448.003 | | | Statement No. | 28184 |
| RE: Chapter 13 Bankruptcy | | | | Page No. | 2 |

| Date | Code | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/2016 | TPQ | Telephone conference with creditor, Philip Sinrich. | 0.20 | 85.00 |
| 10/07/2016 | RFL | Draft certificate of service to Santander regarding filed proof of claim. | 0.20 | 35.00 |
| 10/14/2016 | TPQ | Attend §341 Meeting with client; draft letter to Philip Sinrich, creditor; review and revise letter to Philip Sinrich. | 1.50 | 637.50 |
| 10/24/2016 | TPQ | Review 2015 Rhode Island Tax Return | 0.10 | 42.50 |
| 10/26/2016 | TPQ | Email correspondence with Attorney Brody at Rhode Island Division of Taxation; draft letter to Attorney Brody. | 0.40 | 170.00 |
| 10/27/2016 | TPQ | Telephone conference with Elena Camardo at IRS regarding claim treatment; review e-mail from Rhode Island Division of Taxation regarding tax return. | 0.20 | 85.00 |
| | | For Current Legal Services Rendered | 12.70 | 4,347.50 |

Client Advances

| | | | |
|---|---|---|---|
| 09/26/2016 | Filing Fee | | 310.00 |
| | Total Client Advances | | 310.00 |
| | Total Current Charges | | 4,657.50 |
| | Balance Due | | $4,657.50 |

**Please Make All Checks Payable to**
**McLaughlin & Quinn, LLC**

**For Credit Card Payments go to**
**www.McLaughlinQuinn.com and Click on the Pay Online Tab**
**a 3% Convenience Fee will Apply**